DUANE C. KENDLE, Appellant, v TOWN OF AMSTERDAM et al., Respondents.

Submitted February 20, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the Appellate Division order where the appeal to the Appellate Division was from a County Court order entered on an appeal in this action commenced in the City Court of the City of Amsterdam (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

KOOKMIN BANK, in Its Own Right and as Assignee of SUN JIN DIA-TOOLS & EQUIPMENT INDUSTRIAL COMPANY LIMITED, Respondent, v SEXTON DIA-TOOLS, INC., Defendant, and WOORI AMERICA BANK, Formerly Known as HANVIT AMERICA BANK, Appellant.

Submitted January 29, 2007; decided April 26, 2007

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

MANHATTANVILLE COLLEGE, Appellant, v JAMES JOHN ROMEO CONSULTING ENGINEER, P.C., et al., Respondents, et al., Defendants.

Submitted April 2, 2007; decided April 26, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 852].